NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PRINCE SOLOMON HOUSE,               )
                                    )
            Appellant,              )
                                    )
v.                                  )       Case No. 2D17-4413
                                    )                 2D17-4415
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )       CONSOLIDATED
_____ )

Opinion filed November 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard Sanders, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.